# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Guardian Moving & Storage Co., Inc. ) ASBCA No. 61490
)
Under Contract No. W81GYE-D-0021 )

APPEARANCE FOR THE APPELLANT: Mr. Eugene W. Smoot
  President

APPEARANCES FOR THE GOVERNMENT: Jeffrey P. Hildebrant, Esq.
  Air Force Deputy Chief Trial Attorney
Heather M. Mandelkehr, Esq.
Danielle A. Runyan, Esq.
  Trial Attorneys

## ORDER OF DISMISSAL

The Board docketed this appeal on 18 January 2018. By letter dated 19 March 2018, prior to appellant filing its complaint, the parties jointly requested that the appeal be dismissed without prejudice. Accordingly, this appeal is dismissed from the Board's docket without prejudice. *See TTF, L.L.C.,* ASBCA No. 58494, 13 BCA ¶ 35,343 at 173,464.

Dated: 22 March 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61490, Appeal of Guardian Moving & Storage Co., Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals